UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAMONT TAYLOR, | No. 2:15-cv-0983 CKD P |
| Plaintiff, | |
| v. | ORDER |
| C. R. AMREIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, who seeks relief pursuant to 42 U.S.C. § 1983. On July 9, 2015, plaintiff's complaint was dismissed with thirty days' leave to amend. (ECF No. 9.) Before the court for screening is plaintiff's First Amended Complaint (ECF No. 14). See 28 U.S.C. § 1915A(a). Plaintiff has consented to Magistrate Judge jurisdiction over all proceedings in this action. (ECF No. 5.)

Having reviewed the amended complaint, the undersigned concludes that it fails to cure the defects of the previous complaint. Because it appears that another round of amendment would be futile, the undersigned will dismiss this action.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: September 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / tayl0983.fac